```
====== FILED        _____ ENTERED
======= LODGED      _____ RECEIVED

        NOV 3 0 2007    LK

              AT SEATTLE
        CLERK U.S. DISTRICT COURT
     WESTERN DISTRICT ...
```

07-CV-00491-EXH

## UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| AARON CLAXTON,<br>                    Plaintiff/Petitioner | Cause #:   C07-00491-TSZ |
| vs.<br>THE CITY OF SEATTLE, ET AL,<br>                    Defendant/Respondent | Declaration of Service of:<br>SUBPOENA IN A CIVIL CASE |
| | Hearing Date:   Dec  7 2007 |

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Nov 27 2007  6:16PM  at the address of 10049 COLLEGE WY N  SEATTLE, within the County of KING, State of WASHINGTON, the declarant duly served the above described documents upon OFC. EDWARD R. HAGGERTY   by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with OFFICER GORDON, NORTH PRECINCT DUTY OFFICER 35 W/M 5'10" 195# DARK HAIR.

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: November 29, 2007 at Seattle, WA

by _____
            E. Traina      9604327

Service Fee Total: $ 98.45

ABC Legal Services, Inc.
206 521-9000
Tracking #: 4931969

**ORIGINAL**
**PROOF OF SERVICE**

HOWELL, LEM
720 3rd Ave, #2105
Seattle, WA   98104
206 623-5296

Page 1 of 1