The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AARON CLAXTON,

    Plaintiff,

vs.

THE CITY OF SEATTLE, a Municipal Corporation; SEATTLE POLICE DEPARTMENT; and SEATTLE POLICE OFFICER DYMENT; and SEATTLE POLICE OFFICER SAUSMAN,

    Defendants.

No. 2:07-cv-00491-TSZ

**DECLARATION OF LEMBHARD G. HOWELL IN SUPPORT OF THE PARTIES' STIPULATED MOTION TO RE-NOTE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Lembhard G. Howell states and declares:

1. I am the attorney for plaintiff Aaron Claxton in this case.

2. On January 8, 2008 I electronically filed and served my notice of unavailability which gave notice that I will be away from my office from January 23, 2008 through February 7, 2008.

3. Defendants electronically filed and served their Motion for Summary Judgment on January 8, 2008. Defendants noted the motion for February 1, 2008.

DECLARATION OF LEMBHARD G. HOWELL
RE: STIPULATED MOTION TO RE-NOTE
NO. 2:07-cv-00491-TSZ PAGE 1

Law Offices of
Lembhard G. Howell, P.S.
Pacific Building, Suite 2105
Seattle, Washington 98104
(206) 623-5296

4. Defendants later realized that plaintiff's counsel I had filed my Notice of Unavailability and contacted me to offer to re-note the hearing on the motion for summary judgment for a time when I would be in my office.

5. The parties have agreed that plaintiff will have sufficient time to respond to defendants' motion by February 15, 2008.

6. The parties have agreed that the hearing on the motion should be re-noted to February 22, 2008.

I certify under penalty of perjury of the laws of the State of Washington and the United States that the foregoing is true and correct.  Dated this 15th day of January, 2008 at Seattle, Washington.

        /s/ Lembhard G. Howell_____
        Lembhard G. Howell

DECLARATION OF LEMBHARD G. HOWELL
RE: STIPULATED MOTION TO RE-NOTE
NO. 2:07-cv-00491-TSZ PAGE 2

Law Offices of
Lembhard G. Howell, P.S.
Pacific Building, Suite 2105
Seattle, Washington 98104
(206) 623-5296