The Honorable Thomas S. Zilly

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| AARON CLAXTON, | No.  2:07-cv-00491-TSZ |
| Plaintiff, | **[PROPOSED] ORDER GRANTING** |
| | **PLAINTIFF'S MOTION FOR** |
| vs. | **LEAVE TO AMEND ADMISSIONS** |
| THE CITY OF SEATTLE, a Municipal | |
| Corporation; SEATTLE POLICE | NOTE ON MOTION CALENDAR: |
| DEPARTMENT; and SEATTLE POLICE | Tuesday, February 19, 2008 |
| OFFICER DYMENT; and SEATTLE POLICE | |
| OFFICER SAUSMAN, | |
| Defendants. | |

This matter came before the Court on plaintiff's Motion for Leave to Amend Admissions.

The Court considered the following submissions of counsel:

1.    Plaintiff's Motion for Leave to Amend Admissions;

2.    Declaration of Lembhard G. Howell in Support of Plaintiff's Motion for Leave to

Amend Admissions;

3.    _____; and

4.    _____.

OREDER GRANTING PLAINTIFF'S MOTION
FOR LEAVE TO AMEND ADMISSIONS
NO. 2:07-cv-00491-TSZ PAGE 1

Law Offices of
Lembhard G. Howell, P.S.
Pacific Building, Suite 2105
Seattle, Washington 98104
(206) 623-5296

1    Being fully informed, the Court finds that the presentation of the merits of the action will

2    be subserved by allowing plaintiff to amend his admissions and the defendants have failed to

3    satisfy the Court that withdrawal or amendment will prejudice them in maintaining their defense

4    on the merits.

5    It is therefore ORDERED that plaintiff's motion is GRANTED.  Plaintiff's admissions

6    are hereby amended by plaintiff's responses to defendants' Requests for Admission, dated

7    October 22, 2007.

8    DATED this _____ day of _____, 2008.

9

10   _____

11   Honorable Thomas S. Zilly
     United States District Court Judge

12

13   Presented by:

14   Law Offices of Lembhard G. Howell, P. S.

15

16   /s/ Lembhard G. Howell_____

17   Lembhard G. Howell, WSBA #133
     Attorneys for Plaintiff

18

19

20

21

22

23

24