UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AARON CLAXTON,<br><br>                    Plaintiff,<br><br>v.<br><br>CITY OF SEATTLE, et al.,<br><br>                    Defendants. | No. C07-0491Z<br><br>ORDER OF DISMISSAL |

Counsel having notified the Court of the settlement of this matter and it appearing that no issue remains for the Court's determination,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs.

In the event settlement is not perfected, either party may move to reopen and trial will be scheduled, provided such motion is filed within **60** days of this date.

IT IS SO ORDERED.

The Clerk of this Court is directed to send uncertified copies of this Order to all counsel of record.

DATED this 13th day of February, 2008.

Thomas S. Zilly
United States District Judge

ORDER   OF DISMISSAL -1-